FILED
2006 Feb-15 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **Civil Action No. CV 04-JEO-3282-S** |
| **PREFERRED UNDERWRITING ALLIANCE, INC.,** | )<br>)<br>) |
| **Defendant.** | ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. no. 29) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the plaintiff's motion to dismiss (doc. no. 15) is due to be granted to the extent that the defendant's counterclaims are to be

dismissed without prejudice and the defendant's affirmative answers to the extent they do not constitute permissible defenses to the plaintiff's enumerated claims are due to be struck.  An appropriate order will be entered.

**DONE** this 15th day of February, 2006.

_____
United States District Judge