IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

M. DIANE KOKEN, acting in her official )
capacity as Insurance Commissioner of the )
Commonwealth of Pennsylvania as Statutory )
Liquidator of Legion Insurance Company and )
Villanova Insurance Company, )
                                                                      )
        Plaintiff, )
                                                                      )  2:04-cv-03282-JEO
v. )
                                                                      )
PREFERRED UNDERWRITING )
ALLIANCE, INC., )
                                                                      )
        Defendant. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 38) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for partial summary judgment is due to be granted. Accordingly, the defendant should immediately disburse the $350,000 in collected premiums to the plaintiff. An appropriate order will be entered.

**DONE**, this 26th day of February, 2007.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE