FILED
2007 Mar-21 AM 08:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| M. DIANE KOKEN, acting in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>PREFERRED UNDERWRITING ALLIANCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) 2:04-cv-03282-JEO<br>)<br>)<br>)<br>)<br>)<br>) |

### **MEMORANDUM OPINION**

On February 26, 2007, Chief United States District Court Judge Sharon Lovelace Blackburn entered a memorandum opinion and order granting the plaintiff's motion for partial summary judgment and requiring the defendant to disburse $350,000.00 in collected premiums due the plaintiff. On March 2, 2007, the court also entered an order requiring the parties to inform the court by March 14, 2007, whether they intended to advance any additional claims (including the defendant's counterclaim). The court further informed the parties that this matter would be dismissed with prejudice unless the parties notified the court of their intentions to advance any remaining claims.

On March 14, 2007, the plaintiff informed the court that the "Liquidator does not seek to advance additional claims beyond those resolved by the motion for partial summary judgment, and requests that the court enter final judgment based on the order granting plaintiff's motion for partial summary judgment." (Doc. 41 at 1). The defendant has not responded at all.

Accordingly, judgment in the amount of $350,000.00 is due to be entered on behalf of the plaintiff, M. Diane Koken, in her official capacity as Insurance Commissioner for the Commonwealth of Pennsylvania, as Statutory Liquidator for Legion Insurance Company and Villanova Insurance Company, and against the defendant, Preferred Underwriting Alliance, Inc. Additionally, the defendant's counterclaim is due to be dismissed with prejudice.

**DONE**, this the 21st day of March, 2007.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE